UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-21514-KMW

DS HEALTHCARE GROUP, INC.
and MEDITAGO HOLDINGS LLC,

    Plaintiffs

v.

ELEANOR PATTERSON; IDIMINO
LLC; APOTHECARY MOVEMENT;
ZAQUE SALES INC.; BLUE TIME,
INC.; JEREMY HARDYMON;
and KATHRYN DE JONG,
Each an Individual,
Partnership, Business Entity, or
Unincorporated Association

    Defendants.
_____/

### PLAINTIFFS' MOTION FOR EXPEDITED STATUS CONFERENCE

The Plaintiffs, DS HEALTHCARE GROUP, INC. ("DS HEALTHCARE") and MEDITAGO HOLDINGS, LLC ("MEDITAGO") (collectively, "Plaintiffs"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 16(a), file this Motion for Expedited Status Conference, and state as follows:

    1.    This is an action commenced by Plaintiffs on May 16, 2022 seeking to enjoin the Defendants' unauthorized sale of products that infringe upon the Plaintiffs' trademark rights, in addition to other relief as indicated in the Complaint.

    2.    In particular, the Defendants are each selling infringing versions of Plaintiffs' products online through Amazon and Walmart e-commerce platforms, causing substantial daily loss of revenue, as well as irreparable damage to Plaintiffs' brand value and reputation.

3.  On or about May 17, 2022, Plaintiffs filed their Expedited *Ex-Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction and Memorandum of Law in Support Thereof (the "Motion for Injunction"), which was filed under seal. [*See* D.E. #7].

4.  This Court has not yet ruled on the Motion for Injunction.

5.  As indicated in the Motion for Injunction, the Plaintiffs' have requested *ex-parte* relief due to the relative ease with which the Defendants can alter the status quo by removing the offending product listings and re-list the infringing products for sale using different seller identifications online.

6.  Rule 16(a), Fed. R. Civ. P., provides that a court may, in its discretion, direct attorneys for the parties to appear before it for a conference in order to expedite matters.

7.  Because of the considerable loss of revenue and damage to Plaintiffs' brand and reputation that is accruing on a daily basis, Plaintiffs' request an initial status conference hearing to address procedures and expedite the prosecution of this case.

WHEREFORE, the Plaintiffs respectfully request this Honorable Court schedule an initial status conference, and provide such other and further relief as this Court deems just and appropriate under the circumstances.

Dated: June 14, 2022

Respectfully submitted,

Recalde Law Firm, P.A.
*Attorneys for Plaintiffs*
1815 Purdy Ave.
Miami Beach, FL 33139
Ph: 305-792-9100
By: /s/Rafael Recalde
Rafael Recalde, Esq.
FBN: 60040
Geremy Klein, Esq.
FBN: 106981
Primary: rafael@recaldelaw.com
Secondary: geremy@recaldelaw.com