UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-21514-KMW

DS HEALTHCARE GROUP, INC.
and MEDITAGO HOLDINGS LLC,
    Plaintiffs

v.

ELEANOR PATTERSON; IDIMINO
LLC; APOTHECARY MOVEMENT;
ZAQUE SALES INC.; BLUE TIME,
INC.; JEREMY HARDYMON;
and KATHRYN DE JONG,
Each an Individual,
Partnership, Business Entity, or
Unincorporated Association
    Defendants.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL, WITH PREJUDICE, AS TO DEFENDANT APOTHECARY MOVEMENT**

The Plaintiffs, DS HEALTHCARE GROUP, INC. and MEDITAGO HOLDINGS, LLC, by and through undersigned counsel, hereby give notice of their voluntary dismissal, with prejudice, as to Defendant APOTHECARY MOVEMENT.

DATED: July 27, 2022

    Respectfully submitted,

        Recalde Law Firm, P.A.
        *Attorneys for Plaintiffs*
        1815 Purdy Avenue
        Miami Beach, FL 33139
        Ph: 305-792-9100
        By: /s/Geremy Klein
        Geremy Klein, Esq.
        FBN: 106981
        Rafael Recalde, Esq.
        FBN: 60040
        Primary: rafael@recaldelaw.com
        Secondary: geremy@recaldelaw.com