UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-CV-21514

DS HEALTHCARE GROUP, INC.
and MEDITAGO HOLDINGS LLC,

    Plaintiffs,

v.

BLUE TIME INC., a New York
corporation; BULK BUY
AMERICA INC, a New Jersey
corporation; and FORTUNE
INTERNATIONAL COMPANY LLC,
D/B/A WHOLESALE FORTUNE
COMPANY, a North Carolina
limited liability company,

    Defendants.
_____/

## JOINT SCHEDULING REPORT

Plaintiffs DS HEALTHCARE GROUP, INC. and MEDITAGO HOLDINGS, LLC ("Plaintiffs") and Defendants BLUE TIME INC. and BULK BUY AMERICAN INC. (collectively the "Parties"), by and through undersigned counsel, pursuant to Rule 16.1(b) of the Local Rules for the Southern District of Florida and the Court's November 14, 2022 Order, met on November 30, 2022 and hereby submit this Joint Schedule Report.

Information required by S.D. Fla. L.R. 16.1(b):

**(A)    Likelihood of Settlement.**

    The parties do not know at this time whether a settlement can be reached, but the parties will attempt in good faith to resolve this matter and will notify the Court if

they do so. The parties will also participate in mediation as required by the local rules.

**(B)** **Likelihood of Appearance in the Action of Additional Parties.**

Discovery may reveal additional parties to this action but none are known at this time.

**(C)** **Proposed limits on the time:**

    **(i)** **To join other parties and to amend the pleadings**

    March 6, 2023

    **(ii)** **To file motions**

    October 15, 2023

    **(iii)** **To complete discovery**

    August 31, 2023

**(D)** **Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment.**

The Parties have no proposals at this time, but will endeavor in good faith to simplify the issues for trial.

**(E)** **Necessity or desirability of amendments to pleadings.**

There is no present need to amend the pleadings, but amendment may become necessary as the case progresses. The Parties reserve the right to request leave to amend their pleadings and agree to consult with each other to avoid unnecessary disputes regarding any such amendment(s).

(F)     **The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence.**

The Parties will endeavor in good faith to agree to matters in order to avoid unnecessary proof.

(G)     **Suggestions for the avoidance of unnecessary proof and of cumulative evidence.**

None at this time.

(H)     **Suggestions on the advisability of referring matters to a Magistrate Judge or master.**

Beyond discovery, the Parties do not consent to referral of matters to the Magistrate Judge.

(I)     **Preliminary Estimate of the Time Required for Trial.**

The preliminary estimate of time required for trial is three days.

(J)     **Requested date or dates for conferences before trial, a final pretrial conference, and trial.**

The Parties propose the following dates for a final pretrial conference and trial:

    Final Pretrial Conference: December 5, 2023

    Trial: December 11, 2023

**(K) Issues about**

  **(i)**   **disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced.**

  There are no known issues concerning such matters at this time.

  **(ii)**   **claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert those claims after production—whether to ask the court to include their agreement in an order under Federal Rules of Evidence 502.**

  There are no known issues concerning such matters at this time.

  **(iii)**   **When the parties have agreed to use the ESI Checklist available.**

  There are no known issues concerning such matters at this time.

**(L) Other information helpful to the court in setting the case for status or pretrial conference.**

At this time, the Parties have no other information that might be helpful to the Court in setting the case for status or pretrial conference.

Dated: December 5, 2022

Respectfully submitted,

| Recalde Law Firm, P.A. | Cahen Law, P.A. | GS2Law PLLC |
|---|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Bulk Buy American, Inc.* | *Attorneys for Blue Time, Inc.* |
| 1815 Purdy Avenue | 1900 Glades Road, Suite 270 | 20803 Biscayne Blvd, #405 |
| Miami Beach, FL 33139 | Boca Raton, FL 33431 | Aventura, FL 33180 |
| Ph: 305-792-9100 | Ph: 561-922-0430 | 305-780-5212 |
| By: /s/Rafael Recalde | By: /s/Geoffrey M. Cahen | By: /s/Robert Garson |
| Rafael Recalde, Esq. | Geoffrey M. Cahen, Esq. | Robert Garson, Esq. |
| FBN: 60040 | FBN: 0013319 | Bar No. 1034548 |
| Geremy Klein, Esq. | Geoff@cahenlaw.com | rg@gs2law.com |
| FBN: 106981 | | |
| Primary: | | |
| rafael@recaldelaw.com | | |

| Secondary: geremy@recaldelaw.com | | |
|---|---|---|

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 5th day of December, 2022 to all parties of record via the CM/ECF filing portal.

 /s/ Rafael Recalde
Rafael Recalde, Esq.
FBN: 60040