UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-CV-21514

DS HEALTHCARE GROUP, INC.
and MEDITAGO HOLDINGS LLC,

    Plaintiffs,

v.

BLUE TIME INC., a New York corporation; BULK BUY AMERICA INC, a New Jersey corporation; and FORTUNE INTERNATIONAL COMPANY LLC, D/B/A WHOLESALE FORTUNE COMPANY, a North Carolina limited liability company,

    Defendants.
_____/

## SCHEDULE JOINTLY PROPOSED BY THE PARTIES

THIS MATTER is set for trial for the week of December 11, 2023. The Parties propose to adhere to the following schedule:

| DATE | EVENT |
|---|---|
| December 19, 2022 | The parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| March 6, 2023 | The Parties shall file motions to amend pleadings or join parties. |
| August 31, 2023 | The Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| August 31, 2023 | The Defendants shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |

| September 29, 2023 | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
|---|---|
| July 31, 2023 | The Parties shall file their witness and exhibit lists |
| August 31, 2023 | The Parties shall complete all discovery, including expert discovery. |
| September 29, 2023 | The Parties shall complete mediation and file a mediation report with the Court. |
| October 15, 2023 | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any other basis. |
| November 28, 2023 | The Parties shall each file one motion *in limine*. All motions *in limine* must be filed at least six (6) weeks before calendar call. |
| November 28, 2023 | The Parties shall file their joint pretrial stipulation in accordance with Local Rule 16.1(d) and (e). The Parties shall also file proposed jury instructions and a proposed verdict form, or statement of fact and conclusions of law (for non-jury trials). |
| November 28, 2023 | The Parties shall submit their deposition designations. |

By:

| Recalde Law Firm, P.A. | Cahen Law, P.A. | GS2Law PLLC |
|---|---|---|
| *Attorneys for Plaintiffs* | *Attorneys for Bulk Buy American, Inc.* | *Attorneys for Blue Time, Inc.* |
| 1815 Purdy Avenue | 1900 Glades Road, Suite 270 | 20803 Biscayne Blvd, #405 |
| Miami Beach, FL 33139 | Boca Raton, FL 33431 | Aventura, FL 33180 |
| Ph: 305-792-9100 | Ph: 561-922-0430 | 305-780-5212 |
| By: /s/Rafael Recalde | By: /s/Geoffrey M. Cahen | By: /s/Robert Garson |
| Rafael Recalde, Esq. | Geoffrey M. Cahen, Esq. | Robert Garson, Esq. |
| FBN: 60040 | FBN: 0013319 | Bar No. 1034548 |
| Geremy Klein, Esq. | Geoff@cahenlaw.com | rg@gs2law.com |
| FBN: 106981 | | |
| Primary: rafael@recaldelaw.com | | |
| Secondary: geremy@recaldelaw.com | | |

**DONE AND ORDERED** in Chambers in Miami-Dade County, Florida this ___ day of December, 2022.

_____
JUDGE KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Parties of Record