UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-21514-CV-WILLIAMS

DS HEALTHCARE GROUP, INC., *et al.*,

    Plaintiffs,

v.

BULK BUY AMERICA, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 71) ("***Report***") on the Motion for Final Default Judgment Against Defendant Fortune International Company LLC filed by Plaintiffs DS Healthcare Group Inc. and Meditago Holdings LLC ("***Plaintiffs***") (DE 65) ("***Motion***"). In the Report, Judge Reid recommends that the Motion be granted. (DE 71 at 1.) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Reid's Report (DE 71) is **AFFIRMED AND ADOPTED**.

2. Plaintiffs' Motion for Final Default Judgment Against Defendant Fortune International Company LLC (DE 65) is **GRANTED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>6th</u> day of June, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE