UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-CV-21514

DS HEALTHCARE GROUP, INC.
and MEDITAGO HOLDINGS LLC,

    Plaintiffs,

v.

BLUE TIME INC., a New York
corporation; BULK BUY
AMERICA INC, a New Jersey
corporation; and FORTUNE
INTERNATIONAL COMPANY LLC,
D/B/A WHOLESALE FORTUNE
COMPANY, a North Carolina
limited liability company,

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT AND RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs DS HEALTHCARE GROUP, INC. and MEDITAGO HOLDINGS, LLC ("Plaintiffs") and Defendant BULK BUY AMERICA INC. ("Defendant" or "Bulk Buy America") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby give notice to the Court that a settlement in principal has been reached between Plaintiffs and Defendant Bulk Buy America. Because the parties have been negotiating a settlement in good faith and have reached a settlement in principal, good cause exists to excuse the parties' failure to file a joint notice scheduling mediation in compliance with the Court's Scheduling Order [D.E. 72], as mediation has been rendered unnecessary. The Parties hereby request that the Court vacate all currently set deadlines as to the Plaintiffs and Defendant Bulk Buy America. The Parties anticipate that a notice of voluntary dismissal with prejudice as to Defendant Bulk Buy America shall be promptly filed following this Notice once definitive settlement documents have been executed.

Respectfully submitted,

| | |
|---|---|
| RECALDE LAW FIRM, P.A. | CAHEN LAW, P.A. |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| 1815 Purdy Ave | *Bulk Buy America, Inc.* |
| Miami Beach, FL 33139 | 1900 Glades Road, Suite 270 |
| Ph: 305-792-9100 | Boca Ragon, FL 33341 |
| By: */s/Rafael Recalde* | Ph: (561) 922-0430 |
| Rafael Recalde, Esq. | By: */s/Geoffrey M. Cahen* |
| FBN: 60040 | Geoffrey M. Cahen, Esq. |
| Primary: Rafael@recaldelaw.com | FBN: 0013319 |
| Secondary: Geremy@recaldelaw.com | Primary: Geoff@cahenlaw.com |