UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-21514-CV-WILLIAMS

DS HEALTHCARE GROUP, INC., *et al.*,

    Plaintiffs,

v.

BULK BUY AMERICA, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on the notice indicating that the Parties have reached a settlement of this matter (DE 75). Accordingly, it is **ORDERED AND ADJUDGED** that on or before <u>July 31, 2023</u>, the Parties shall file a joint stipulation of dismissal. If the Parties wish for the Court to retain jurisdiction beyond the filing of their joint stipulation, they are advised that they <u>must</u> file the settlement agreement for review and any stipulation must comply with the Eleventh Circuit's holding in *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). Otherwise, the dismissal of this matter is <u>effective and self-executing</u> upon the filing of the Parties' joint stipulation of dismissal. *Id.*

All hearings and deadlines are **CANCELED**. Any pending motions are **DENIED AS MOOT**. This case is **CLOSED** for administrative purposes.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>30th</u> day of June, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE