UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-21514-KMW

DS HEALTHCARE GROUP, INC.
and MEDITAGO HOLDINGS LLC,
    Plaintiffs,

v.

BLUE TIME INC., a New York
corporation; BULK BUY
AMERICA INC, a New Jersey
corporation; and FORTUNE
INTERNATIONAL COMPANY LLC,
D/B/A WHOLESALE FORTUNE
COMPANY, a North Carolina
limited liability company,
    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE, AS TO DEFENDANT BULK BUY AMERICA INC.

The Plaintiffs, DS HEALTHCARE GROUP, INC. and MEDITAGO HOLDINGS, LLC (collectively, "Plaintiffs") and Defendant BULK BUY AMERICA INC. ("BBA") (Plaintiffs and BBA shall collectively be referred to as the "Parties"), by and through their respective undersigned counsel, stipulate and agree as follows:

WHEREAS, the Parties executed a Settlement Agreement on or about July 10, 2023 (the "Settlement Agreement");

WHEREAS, pursuant to the Settlement Agreement the Parties agreed to the dismissal with prejudice of Defendant BBA in the present action, with each party to bear their own attorneys' fees;

**Stipulation**

NOW THEREFORE, the Parties, by and through their respective counsel, hereby STIPULATE AND AGREE as follows:

Plaintiffs DS Healthcare Group, Inc. and Meditago Holdings LLC hereby dismiss all claims alleged in this action against Defendant BBA with prejudice, with each party to bear their own attorneys' fees and costs.

SO STIPULATED:

Recalde Law Firm, P.A.
*Attorneys for Plaintiffs*
1815 Purdy Avenue
Miami Beach, FL 33139
Ph: 305-792-9100
By: /s/Rafael Recalde
Rafael Recalde, Esq.
FBN: 60040
Primary: rafael@recaldelaw.com
Secondary: geremy@recaldelaw.com

Cahen Law, P.A.
*Attorneys for Defendant*
*Bulk Buy America Inc.*
1900 Glades Road, Suite 270
Boca Raton, FL 33431
Ph: (561) 922-0430
By:  /s/Geoffrey M. Cahen
Geoffrey M. Cahen, Esq.
FBN: 0013319
Email: Geoff@cahenlaw.com